UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOC CHI DUONG,

Petitioner,

v.

WARDEN OF THE GOLDEN STATE
ANNEX DETENTION FACILITY, et al.,

Respondents.

No. 1:25-cv-01771-DAD-CSK

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS AND GRANTING
PETITIONERS' PETITION FOR WRIT OF
HABEAS CORPUS

(Doc. No. 18)

Petitioner Loc Chi Duong is a federal immigration detainee proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 22, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted. (Doc. No. 18.) Specifically, the assigned magistrate judge found that respondents had failed to comply with their own regulations regarding revocation of release and had failed to show changed circumstances indicating a significant likelihood of petitioner's imminent removal. (*Id.* at 15.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service. (*Id.* at 18.) On January 29, 2026, respondents filed their objections which comprise a single sentence stating that

1

they reiterate the arguments they had previously raised in briefing.  (Doc. No. 19.)  This does not provide any basis upon which to reject the magistrate judge's findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations filed on January 22, 2026 (Doc. No. 18) are ADOPTED IN FULL;

2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:

    a. Respondents are ORDERED to immediately release petitioner from their custody on the same conditions he was subject to prior to his June 4, 2025 re-detention;

    b. Respondents are ENJOINED AND RESTRAINED from re-detaining petitioners unless they provide petitioners with written notice before a pre-deprivation bond hearing to be convened by a neutral decision maker, at which hearing respondents will bear the burden of demonstrating that petitioners are a flight risk or danger to the community;

3. The Clerk of the Court is directed to ENTER judgment in favor of petitioner; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **February 6, 2026**                     _____
                                                  DALE A. DROZD
                                                  UNITED STATES DISTRICT JUDGE